IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2014 FORD F-250 VIN: 1FT7W2BT8EEB02544,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

JURISDICTION AND VENUE

1. The United States of America ("the United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881(a)(6), seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801, et seq.  This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred, in the District of Colorado.

DEFENDANT PROPERTY

3. Defendant property is more fully described as:

    a.    2014 FORD F-250 VIN: 1FT7W2BT8EEB02544 (herein "2014 Ford"),

was purchased on May 8, 2019, and is registered to Rolando Garcia at 49200 East U.S. Highway 50 Bypass, Avondale, Colorado. Defendant 2014 is currently being held by the U.S. Marshals Service in Denver, Colorado. Upon information and belief, defendant 2014 Ford is unencumbered.

## FACTUAL BASIS FOR FORFEITURE

4. On July 17, 2019, investigators conducted search warrants at four residential properties, including 49200 East U.S. Highway 50 Bypass, Avondale, Colorado. Records indicated that this property had been using a high amount of energy since August 2017, which is consistent with a large indoor marijuana grow.

5. Upon searching the residence, investigators found evidence of a large illegal marijuana grow, including 53 plants, grow equipment, and five bags of dried marijuana. Investigators also discovered $48,000.00 in United States currency inside two sealed PVC pipes, located in a living room closet, and defendant 2014 Ford.

6. Mildrey Alfonso, Carlos Garcia-Rodriguez, and Rolando Garcia were present during the search, and were the only residents.

7. Mildrey Alfonso and Carlos Garcia-Rodriguez were subsequently arrested, and Garcia-Rodriguez was charged with illegal marijuana cultivation of over 30 plants.

8. Rolando Garcia spoke to investigators and said that he had lived at the residence for two years, and that he had no source of legitimate income.

9. According the Colorado state wage reports, Rolando Garcia has no reported wages. Defendant 2014 Ford was purchased on May 8, 2019, and is registered to Rolando Garcia.

## CONCLUSION

10.   Based on the facts and circumstances described above, evidence shows that defendant 2014 Ford was purchased with funds derived from the illegal cultivation and distribution of marijuana.

## VERIFICATION OF JASON DEL TORO
## SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent Jason Del Toro, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Jason Del Toro
Special Agent-Drug Enforcement Administration

STATE OF COLORADO )
) ss
COUNTY OF _El Paso_ )

The foregoing was acknowledged before me this _16_ day of December 2019 by Jason Del Toro, Special Agent, Drug Enforcement Administration.

CHACE J. PASSANANTE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084005871
My Commission Expires 02-19-2020

_____
Notary Public - Colorado
My Commission Expires: 02/19/20

## FIRST CLAIM FOR RELIEF

11. The Plaintiff repeats and incorporates by reference the paragraphs above.

12. By the foregoing and other acts, defendant 2014 Ford is property derived from proceeds furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of a controlled substance, or from money used, or intended to be used to facilitate a violation of 21 U.S.C. § 801, et seq. Therefore, defendant 2014 Ford is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 17th day of December, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: s/ *Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: laura.hurd@usdoj.gov
    *Attorney for Plaintiff*